**Gussie L. MICKEL, Appellant,**

v.

**SOUTH CAROLINA STATE EMPLOY-
MENT SERVICE, Appellee.**

**No. 12434.**

United States Court of Appeals
Fourth Circuit.

Argued Oct. 31, 1968.

Decided April 11, 1969.

Dorothy Vermelle Sampson, Greenville, S. C. (Sampson & Sampson, Greenville, S. C., on brief), for appellant.

Robert G. Horine, Columbia, S. C., for appellee.

Before SOBELOFF, BOREMAN and CRAVEN, Circuit Judges.

PER CURIAM:

Since the hearing of the appeal the appellee has made efforts to find employment for the appellant and is pledged to continue these efforts till they prove successful. The judgment below is affirmed without prejudice.